**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Terry Eugene SHIELDS, Petitioner**

**No. 95 WAL 2017**

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.